UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                              :
MACARIO MAR RODRIGUEZ,        :
                              :
        Petitioner,           :   Civ. No. 16-5452 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION
                              :
UNITED STATES OF AMERICA,     :
                              :
        Respondent.           :
_____:

APPEARANCES:
Macario Mar Rodriguez
62714-279
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, N.J. 08640
     Plaintiff Pro se

HILLMAN, District Judge

     IT APPEARING THAT:

     1.  On September 3, 2016, Petitioner Macario Mar Rodriguez ("Petitioner") submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)

     2.  With his Petition, Petitioner submitted an application to proceed in forma pauperis.  (ECF No. 1-2.)  Based on the amount of money contained in his prison account, the Court denied his application.  (ECF Nos. 2, 3.)  The Court informed Petitioner that if he wished to proceed with his habeas

petition, he must pay the $5 filing fee.  (Id.)  The Court further informed Petitioner that the Petition does not set forth grounds for relief and, instead, makes reference to a "Memorandum of Law."  (Id.)  However, no such memorandum was received by the Court.  (Id.)

    3.  On October 21, 2016, Petitioner submitted his $5 filing fee, but as of this date, he has not submitted any memoranda of law.

    4.  Pursuant to Rule 2(c) of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), "[t]he petition must: (1) specify all the grounds for relief available to the petitioner; (2) state the facts supporting each ground…."

    5.  As previously explained to Petitioner, his Petition does not specify any grounds for relief or facts supporting those grounds.  Without any grounds for relief to consider, the Court will dismiss the Petition without prejudice.  If Petitioner would like this Court to consider a § 2241 petition, he must comply with Rule 2(c).  An appropriate order follows.


Dated: October 27, 2016           s/ Noel L. Hillman
At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.